UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ana Pavloska                                                                                    CIVIL ACTION NO.: 24 CV 6882

*Plaintiff*

vs

IHMS, LLC d/b/a The Pierre Hotel

*Defendant*

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in New York, New York

That on **9/13/2024** at **1:48 PM** at **28 Liberty Street, 42nd fl., New York, NY 10005**

undersigned served a(n) **Summons in a Civil Action and Complaint Jury Trial Demanded with Exhibit A**

on **IHMS, LLC d/b/a The Pierre Hotel c/o CT Corporation System** ,

by delivering thereat a true copy of each to **Carlos Bobe** personally, who stated that he/she is **authorized to accept service** thereof.

Description of Person Served:
Gender : Male
Skin : Brown
Hair : Black
Age : 51 - 65 Yrs.
Height : 5' 4" - 5' 8"
Weight :Over 200 Lbs.
Other : Mustache

I affirm on 09/16/2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Juan Pimentel
License No.2066974