UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                                                 :

ANA PAVLOSKA,                                                  :

                       Plaintiffs,                       :                   24 Civ. 6882 (JPC)

            -v-                            :                   <u>ORDER</u>

IHMS LLC, d/b/a/ THE PIERRE HOTEL      :

                       Defendant.                   :

------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

       The initial pretrial conference scheduled for October 22, 2024 is adjourned *sine die* pending the outcome of the parties' referral to mediation. *See* Dkt. 11.

       SO ORDERED.

Dated: October 17, 2024
       New York, New York

                                                    JOHN P. CRONAN
                                          United States District Judge